SUA SPONTE, THE JOURNAL ENTRY AND OPINION RELEASED IN THIS CASE ON MAY 6, 1999 IS AMENDED NUNC PRO TUNC TO REPLACE THE NAME SHELLY VOLL AND OR MS. VOLL WITH "JANE DOE." THE AMENDED JOURNAL ENTRY AND OPINION IS ATTACHED.
IT IS FURTHER ORDERED THAT, AS SO AMENDED, SAID JOURNAL ENTRY AND OPINION OF MAY 6, 1999, SHALL STAND IN FULL FORCE AND EFFECT AS TO ALL ITS PARTICULARS.
PRESIDING JUDGE, TERRENCE O'DONNELL, CONCURS
______________________________ JUDGE LEO M. SPELLACY, CONCURS ______________________________
 ___________________________________ JUDGE ANNE L. KILBANE